UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-81258 DMM / BRANNON

LINDA CAMBERDELLA, individually, and
as Personal Representative, IRVING
CAMBERDELLA, individually, and as
Guardians and Natural Parents of N.C., a
Minor,

        Plaintiffs,

vs.

PALM BEACH COUNTY SHERIFF'S OFFICE,
RIC L. BRADSHAW, in his official capacity as
Sheriff of Palm Beach County, Florida, MICHAEL
W. GOLDSTEIN, in his individual capacity,

        Defendants,
_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, PALM BEACH COUNTY SHERIFF'S OFFICE and RIC L. BRADSHAW, in his official capacity as Sheriff of Palm Beach County, Florida, by and through their undersigned attorney, respectfully file this Motion for the Court to enter an Order granting Defendants an extension of time to reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. In support of this Motion, Defendants state the following:

1. This action was removed to this Court on October 10, 2014.  [DE 1]

2. Defendants' Answer to Plaintiffs' Second Amended Complaint, Motion to Dismiss Counts II and III and Affirmative Defenses was filed on October 23, 2014.  [DE 4]

3. Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Counts II and III of Plaintiffs' Second Amended Complaint was filed on December 19, 2014. [DE 11]

4. Defendants' Reply is due December 29, 2014.

5. Counsel for Defendants is presently working on a Reply Brief which is due in the Eleventh Circuit Court of Appeals on January 5, 2015. In addition, counsel has been consumed with work on other matters and also taking into consideration the holidays, counsel has diligently attempted to reply to Plaintiffs' Response but needs additional time to do so.

6. Defendants' counsel respectfully requests an extension until January 12, 2015 to file a Reply to Plaintiffs' Response.

7. Counsel for the Defendants has attempted to reach Plaintiffs' counsel's office, Domnick Law, by e-mail, and received an automatic reply stating that Domnick Law will be closed from December 24, 2014 through January 2, 2015 and that the email address will not be monitored during that time. Counsel for Defendants believes that counsel for Plaintiffs will not have any objections to this motion.

WHEREFORE, Defendants respectfully request that this Motion for an Extension of Time be granted and that counsel for Defendants have until January 12, 2015 to file a reply to Plaintiffs' Response.

Dated:  December 29, 2014                                        Respectfully submitted,
Boca Raton, FL 33431

                                                  */s/ Harriet R. Lewis*
                                                  HARRIET R. LEWIS
                                                  Florida Bar No.:  331015
                                                  hlewis@lsdlaw.net
                                                  Lewis Stroud & Deutsch, P.L.
                                                  1900 Glades Road, #251
                                                  Boca Raton, FL 33431
                                                  Telephone:     (561) 826 2800
                                                  Facsimile:      (561) 826 2828

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that I either mailed the foregoing document and Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

                                                  /s/ Harriet R. Lewis
                                                  Harriet R. Lewis
                                                  Fla. Bar No. 331015
                                                  hlewis@lsdlaw.net

## SERVICE LIST

Sean Domnick, Esq.
Domnick Law
11701 Lake Victoria Gardens Avenue, Suite 3201,
Palm Beach Gardens, FL 33410
Email:  eservice@Domnicklaw.com